**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| ARTHUR J. STUART, | § | |
| | § | |
| Plaintiff, | § | Case No. 4:07-cv-03897 |
| | § | |
| vs. | § | **ORDER GRANTING** |
| | § | **DEFENDANTS' UNOPPOSED** |
| DAVOL INC. and C.R. BARD, INC., | § | **MOTION FOR STAY OF** |
| | § | **PROCEEDINGS PENDING** |
| Defendants. | § | **TRANSFER TO FEDERAL MDL** |
| | § | |

Having considered Defendants' Unopposed Motion for Stay of Proceedings Pending Transfer to Federal MDL, it is hereby **ORDERED** that all requirements, deadlines (including responsive pleading deadlines), and other proceedings in this action before this Court are hereby stayed and/or extended indefinitely pending transfer of the action by the Judicial Panel on Multidistrict Litigation to the United States District Court for the District of Rhode Island. Upon transfer to the District of Rhode Island, the parties will comply with any requirements and deadlines imposed by that court with respect to this action.

**SO ORDERED** this 21st day of December, 2007.

United States District Judge